AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Ricardo R. Garcia, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:19cv331-LO-MSN |
| Volkswagen Group of America, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Volkswagen Group of America, Inc.

Date:   07/01/2019

*Attorney's signature*

Frank Talbott V (VSB 86396)
*Printed name and bar number*

McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
*Address*

ftalbott@mcguirewoods.com
*E-mail address*

(804) 775-4773
*Telephone number*

(804) 698-2313
*FAX number*