AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Ricardo R. Garcia, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19cv331-LO-MSN |
| Volkswagen Group of America, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Volkswagen Group of America, Inc.     .

Date:  07/03/2019

s/ Kenneth W. Abrams
*Attorney's signature*

Kenneth W. Abrams  VSB # 78216
*Printed name and bar number*

McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
*Address*

kabrams@mcguirewoods.com
*E-mail address*

(804) 775-4771
*Telephone number*

(757) 640-3950
*FAX number*