IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICARDO R. GARCIA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:19cv331-LO-MSN |
| ) | |
| VOLKSWAGEN GROUP OF AMERICA, ) | |
| INC. *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**VOLKSWAGEN GROUP OF AMERICA, INC.'S
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Volkswagen Group of America, Inc. ("VWGoA"), by counsel, respectfully moves the Court to dismiss Plaintiffs' Amended Complaint, with prejudice, for failure to state a claim upon which relief can be granted under applicable law. The grounds for this Motion are set forth in the accompanying Memorandum in Support, which is incorporated herein by reference.

WHEREFORE, for the reasons set forth in the Memorandum in Support of VWGoA's Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), VWGoA respectfully requests that the Court grant its Motion and dismiss Plaintiffs' Amended Complaint with prejudice.

Dated:  August 1, 2019

MCGUIREWOODS LLP

*/s/ Frank Talbott V*
Terrence M. Bagley (VSB No. 22081)
Kenneth W. Abrams (VSB No. 78216)
Frank Talbott V (VSB No. 86396)
McGuireWoods LLP
Gateway Plaza
800 Canal Street
Richmond, Virginia 23219
Tel:  804-775-4773
Fax:  804-698-2323
tbagley@mcguirewoods.com
kabrams@mcguirewoods.com
ftalbott@mcguirewoods.com

Respectfully submitted,

SULLIVAN & CROMWELL LLP

Robert J. Giuffra Jr. (*pro hac vice* motion pending)
Suhana S. Han (*pro hac vice* motion pending)
Adam R. Brebner (*pro hac vice* motion pending)
125 Broad Street
New York, NY 10004
Tel:  212-558-4000
Fax:  212-558-3558
hans@sullcrom.com
brebnera@sullcrom.com

Judson O. Littleton (*pro hac vice* motion pending)
1700 New York Ave, NW
Washington, D.C. 20006
Tel:  202-956-7500
Fax:  202-293-6330
littletonj@sullcrom.com

*Counsel for Volkswagen Group of America, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2019, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF filing system which will send notification of electronic filing (NEF) to all counsel of record.

      /s/ *Frank Talbott V*
Frank Talbott V (VSB No. 86396)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-4773
Fax: (804) 698-2313
ftalbott@mcguirewoods.com

*Counsel for Volkswagen Group of America, Inc.*