IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICARDO R. GARCIA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:19cv331-LO-MSN |
| ) | |
| VOLKSWAGEN GROUP OF AMERICA, ) | |
| INC. *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## WAIVER OF ORAL ARUGMENT

Please take notice that Defendant Volkswagen Aktiengesellschaft hereby waives oral argument on its Consent Motion for Extension of Time to File Reply (Doc. 66).

Dated: November 27, 2019            Respectfully submitted,

/s/ *Frank Talbott V*
Kenneth W. Abrams (VSB No. 78216)
Frank Talbott V (VSB No. 86396)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-4773
Fax: (804) 698-2313
ftalbott@mcguirewoods.com

*Counsel for Volkswagen Aktiengesellschaft*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF filing system which will send notification of electronic filing (NEF) to all counsel of record.

/s/ *Frank Talbott V*
Frank Talbott V (VSB No. 86396)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-4773
Fax: (804) 698-2313
ftalbott@mcguirewoods.com

*Counsel for Volkswagen Aktiengesellschaft*