IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICARDO R. GARCIA, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>VOLKSWAGEN GROUP OF AMERICA, INC., *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No. 1:19-cv-331<br>Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on Defendant Volkswagen Group of America's Motion for Limited Reconsideration. Dkt. 53. The motion has been fully briefed and the Court dispensed with oral argument because it would not aid the decisional process.

The Court has reviewed the pleadings and Order. First, because Plaintiffs withdrew the Illinois and Washington implied warranty claims, those claims need not be addressed. Second, the Amended Complaint meets the pleading standard set forth in Fed. R. Civ. P. 9(b). Third and finally, Defendant's reconsideration arguments regarding the Odometer Act and contract claims are mere requests for the Court to change its mind. Because the Court finds no clear error of law or manifest injustice, and Defendant has not identified an intervening change in controlling law or new evidence, Defendant's motion is hereby **DENIED**.

It is **SO ORDERED**.

December 4, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge