# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| RICARDO R. GARCIA, DUANE K. GLOVER, PAUL E. JACOBSON, GAETANO CALISE, MYKHAYLO I. HOLOVATYUK, BRIAN GARCIA, PAUL THOMSON, and DAVID HARTMAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. a/k/a AUDI OF AMERICA, INC., VOLKSWAGEN AKTIENGESELLSCHAFF, and AUDI AKTIENGESELLSCHAFF,<br><br>    Defendants. | CASE NO.: 1:19-cv-00331-LO-MSN |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiffs Ricardo R. Garcia *et al.*, by counsel, move the Court for an order granting them leave to amend their operative Amended Class Action Complaint pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiffs' proposed Second Amended Class Action Complaint is attached as Exhibit A to this motion filing. In support of this motion, Plaintiffs rely upon the arguments and legal authorities set forth in their accompanying Memorandum of Law. A proposed form of order is attached for the Court's consideration.

Plaintiffs, by counsel, have informed Defendants of their intent to submit this motion. Defendants have not either consented to or stated their opposition to the relief requested herein.

Dated:        January 30, 2020

Respectfully submitted,

/s/ *Michael J. Melkersen*
Michael J. Melkersen, Esq.
THE LAW OFFICES OF MICHAEL MELKERSEN, P.C.
9633 S. Congress Street
New Market, Virginia 22844
Telephone:    540.740.3937
Facsimile:    540.740.8851
Email:        mike@mlawpc.com

Nathan D. Finch, Esq.
Joseph F. Rice, Esq. (*Admitted Pro Hac Vice*)
Kevin R. Dean, Esq. (*Admitted Pro Hac Vice*)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone:    843.216.9000
Facsimile:    843.216.9440
Email:        nfinch@motleyrice.com
              jrice@motleyrice.com
              kdean@motleyrice.com

*Attorneys for Plaintiffs and
Interim Class Counsel*

## **CERTIFICATE OF SERVICE**

      I, Michael J. Melkersen, hereby certify that on this date I served a true and correct copy of the foregoing Motion for Leave to Amend Complaint upon counsel of record for Defendants by filing via the Court's Electronic Case Filing (ECF) system.

<u>Dated</u>:      January 30, 2020

                                                                           /s/ *Michael J. Melkersen*
                                                                           Michael J. Melkersen