# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| RICARDO R. GARCIA, DUANE K. GLOVER, PAUL E. JACOBSON, GAETANO CALISE, MYKHAYLO I. HOLOVATYUK, BRIAN GARCIA, PAUL THOMSON and DAVID HARTMAN on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC. a/k/a AUDI OF AMERICA, INC., VOLKSWAGEN AKTIENGESELLSCHAFF, and AUDI AKTIENGESELLSCHAFF, <br><br> Defendants. | Case No.: 1:19-cv-00331-LO-MSN <br><br> **NOTICE OF HEARING** |

PLEASE TAKE NOTICE THAT on Friday, February 21, 2020 at 10:00 a.m., or as soon thereafter may be heard, Plaintiffs will present to the Court argument in support of it Motion for Leave to Amend the Complaint.

Dated: January 30, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ *Michael J. Melkersen* <br> Michael J. Melkersen, Esq. <br> THE LAW OFFICES OF MICHAEL MELKERSEN, P.C. <br> 9633 S. Congress Street <br> New Market, Virginia 22844 <br> Telephone:540.740.3937 <br> Facsimile:540.740.8851 <br> Email: mike@mlawpc.com | Nathan D. Finch, Esq. <br> Joseph F. Rice, Esq. (*Admitted Pro Hac Vice*) <br> Kevin R. Dean, Esq. (*Admitted Pro Hac Vice*) <br> MOTLEY RICE LLC <br> 28 Bridgeside Boulevard <br> Mount Pleasant, South Carolina 29464 <br> Telephone: 843.216.9000 ‖ <br> Facsimile:843.216.9440 <br> Email: nfinch@motleyrice.com <br> jrice@motleyrice.com <br> kdean@motleyrice.com |

*Attorneys for Plaintiffs and Interim Class Counsel*

## **CERTIFICATE OF SERVICE**

I, Michael J. Melkersen, hereby certify that on this date I served a true and correct copy of the foregoing Notice of Hearing upon counsel of record for Defendants by filing via the Court's Electronic Case Filing (ECF) system.

Dated:        January 30, 2020

/s/ *Michael J. Melkersen*
Michael J. Melkersen