IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICARDO R. GARCIA, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 1:19-cv-331-LO-MSN |
| VOLKSWAGEN GROUP OF AMERICA, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE THAT on July 17, 2020, at 10:00 a.m. or as soon thereafter may be heard, Defendant Volkswagen Group of America, Inc. ("VWGoA"), by counsel, will present to the Court its argument in support of VWGoA's Motion for Protective Order.

Dated: July 6, 2020

MCGUIREWOODS LLP

*/s/ Frank Talbott V*
Terrence M. Bagley (VSB No. 22081)
Kenneth W. Abrams (VSB No. 78216)
Frank Talbott V (VSB No. 86396)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: 804-775-4773
Fax: 804-698-2323
tbagley@mcguirewoods.com
kabrams@mcguirewoods.com
ftalbott@mcguirewoods.com

Respectfully submitted,

SULLIVAN & CROMWELL LLP

Robert J. Giuffra Jr. (*pro hac vice*)
Suhana S. Han (*pro hac vice*)
Adam R. Brebner (*pro hac vice*)
125 Broad Street
New York, NY 10004
Tel: 212-558-4000
Fax: 212-558-3558
giuffrar@sullcrom.com
hans@sullcrom.com
brebnera@sullcrom.com

Judson O. Littleton (*pro hac vice*)
1700 New York Avenue, NW
Washington, DC 20006
Tel: 202-956-7500
Fax: 202-293-6330
littletonj@sullcrom.com

*Counsel for Volkswagen Group of America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020 I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF filing system which will send notification of electronic filing (NEF) to all counsel of record.

*/s/ Frank Talbott V*
Frank Talbott V (VSB No. 86396)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: 804-775-4773
Fax: 804-698-2313
ftalbott@mcguirewoods.com

*Counsel for Volkswagen Group of America, Inc.*