# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

RICARDO R. GARCIA, DUANE K. GLOVER, PAUL E. JACOBSON, GAETANO CALISE, MYKHAYLO I. HOLOVATYUK, BRIAN GARCIA, PAUL THOMSON, and DAVID HARTMAN on behalf of themselves and all others similarly situated,

  Plaintiffs,

v.

VOLKSWAGEN GROUP OF AMERICA, INC. a/k/a AUDI OF AMERICA, INC., and VOLKSWAGEN AKTIENGESELLSCHAFT,

  Defendants.

Case No.: 1:19-cv-00331-LO-MSN

## ORDER

This matter comes before the Court on the parties' Joint Motion for Continuance of Scheduling Order Deadlines (Dkt. No. 136). Upon review of the Joint Motion, the pleadings, and the record, and for good cause shown, the Court makes the following rulings:

  1. The discovery deadline for both fact and expert discovery shall be extended to August 9, 2021.

  2. The final pretrial conference shall be held on October 15, 2021 at 1:30 p.m. before the Honorable Liam O'Grady.

  3. Plaintiffs shall serve their expert disclosures and reports upon defendants on or before June 21, 2021. Defendants shall serve their expert disclosures and reports upon plaintiffs

on or before July 21, 2021. Plaintiffs shall serve their rebuttal expert reports on or before August 4, 2021.

    4.    The following schedule shall apply to class certification briefing:

- Plaintiffs' opening brief: August 23, 2021
- Defendants' opposition brief: September 21, 2021
- Plaintiffs' reply brief: September 28, 2021
- Oral argument: October 12, 2021

    5.    All other deadlines and requirements set forth in this Court's 16(b) Order dated September 9, 2020 (Dkt. No. 122) remain in force.

It is so ORDERED.

/s/
The Honorable Michael S. Nachmanoff
United States Magistrate Judge

January 14, 2020
Alexandria, Virginia