# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| RICARDO R. GARCIA, DUANE K. GLOVER, PAUL E. JACOBSON, GAETANO CALISE, MYKHAYLO I. HOLOVATYUK, BRIAN GARCIA, PAUL THOMSON, and DAVID HARTMAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. a/k/a AUDI OF AMERICA, INC., and VOLKSWAGEN AKTIENGESELLSCHAFT,<br><br>    Defendants. | CASE NO.: 1:19-cv-00331-LO-MSN |

## PLAINTIFFS' MOTION TO COMPEL DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S DISCOVERY RESPONSES AND DOCUMENT PRODUCTION

Plaintiffs Ricardo R. Garcia *et al.* respectfully submit this Motion to Compel Defendant Volkswagen Group of America, Inc.'s ("VWGOA's") Discovery Responses and Document Production pursuant to Fed. R. Civ. P. 26(b)(1) and 37(a)(3)(B)(iii)-(iv).  For the reasons set forth more fully in Plaintiffs' Memorandum in Support of its Motion to Compel and as shown in the accompanying Declaration of Counsel and Exhibits thereto, the Court should grant Plaintiffs' Motion and compel Defendant VWGOA to provide the discovery responses and document productions set forth therein.

Plaintiffs state that they have met and conferred in good faith with Defendant VWGOA in an effort to resolve these disputes without Court intervention.  *See* Fed. R. Civ. P. 37(a)(1); E.D. Va. L.R. 37(A).

Dated: February 18, 2021

        Respectfully submitted,

        /s/ *Michael J. Melkersen*
        Michael J. Melkersen, Esq.
        5 Surfside Road – Palmas Del Mar
        Humacao, Puerto Rico 00791
        Telephone:    540.435.2375
        Facsimile:     540.740.8851
        Email:           mike@mlawpc.com

        Nathan D. Finch, Esq.
        Joseph F. Rice, Esq. (*Admitted Pro Hac Vice*)
        Kevin R. Dean, Esq. (*Admitted Pro Hac Vice*)
        MOTLEY RICE LLC
        28 Bridgeside Boulevard
        Mount Pleasant, South Carolina 29464
        Telephone:    843.216.9000
        Facsimile:     843.216.9440
        Email:           nfinch@motleyrice.com
                          jrice@motleyrice.com
                          kdean@motleyrice.com

        *Attorneys for Plaintiffs and Interim Class Counsel*

## CERTIFICATE OF SERVICE

I, Michael J. Melkersen, hereby certify that on this date I served a true and correct copy of the foregoing Motion to Compel upon counsel of record for Defendants by filing via the Court's Electronic Case Filing (ECF) system.

Dated:         February 18, 2021

                                        /s/ *Michael J. Melkersen*
                                        Michael J. Melkersen