# **EXHIBIT D**

# Part 573 Safety Recall Report     20V-561

| | |
|---|---|
| **Manufacturer Name :** | Volkswagen Group of America, Inc. |
| **Submission Date :** | SEP 16, 2020 |
| **NHTSA Recall No. :** | 20V-561 |
| **Manufacturer Recall No. :** | 01E9 |



## Manufacturer Information :

| | |
|---|---|
| Manufacturer Name : | Volkswagen Group of America, Inc. |
| Address : | 3800 Hamlin Road<br>Auburn Hills MI 48326 |
| Company phone : | 1-800-893-5298 |

## Population :

Number of potentially involved : 23
Estimated percentage with defect : 100 %

## Vehicle Information :

**Vehicle 1 :** 2018-2018 Volkswagen GOLF R GP
Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : "Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as subject to internal use and certain documentation requirements. Volkswagen has determined that documentation of these vehicles' actual build status may be incomplete or could not be verified. It is also possible that modification(s) were made to these vehicles during their internal use period for which documentation may be incomplete or could not be verified.
GOLF R GP Vehicle Count: 1"

Production Dates : SEP 29, 2017 - SEP 29, 2017
VIN Range 1 : Begin : WVWWF7AUXJW074897   End : WVWWF7AUXJW074897   ☐ Not sequential

**Vehicle 2 :** 2017-2017 Volkswagen GOLF ALLTRACK
Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : "Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as subject to internal use and certain documentation requirements. Volkswagen has determined that documentation of these vehicles' actual build status may be incomplete or could not be verified. It is also possible that modification(s) were made to these vehicles during their internal use period for which documentation may be incomplete or could not be verified.
GOLF ALLTRACK Vehicle Count: 2"

Production Dates : MAR 20, 2017 - MAR 20, 2017
VIN Range 1 : Begin : 3VWM17AU9HM521121   End : 3VWM17AUXHM521306   ☑ Not sequential

The information contained in this report was submitted pursuant to 49 CFR §573

| | |
|---|---|
| Vehicle 3 : | 2017-2017 Volkswagen E-GOLF GP |
| Vehicle Type : | |
| Body Style : | |
| Power Train : | NR |
| Descriptive Information : | "Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as subject to internal use and certain documentation requirements. Volkswagen has determined that documentation of these vehicles' actual build status may be incomplete or could not be verified.  It is also possible that modification(s) were made to these vehicles during their internal use period for which documentation may be incomplete or could not be verified.<br>E-GOLF GP Vehicle Count: 2" |
| Production Dates : | OCT 05, 2017 - NOV 20, 2017 |
| VIN Range 1 : Begin : | WVWPR7AU6HW953903  End :  WVWPR7AU6HW954243  ☑ Not sequential |

| | |
|---|---|
| Vehicle 4 : | 2016-2018 Volkswagen PASSAT GP |
| Vehicle Type : | |
| Body Style : | |
| Power Train : | NR |
| Descriptive Information : | "Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as subject to internal use and certain documentation requirements. Volkswagen has determined that documentation of these vehicles' actual build status may be incomplete or could not be verified.  It is also possible that modification(s) were made to these vehicles during their internal use period for which documentation may be incomplete or could not be verified.<br>PASSAT GP Vehicle Count: 12" |
| Production Dates : | OCT 27, 2015 - DEC 15, 2017 |
| VIN Range 1 : Begin : | 1VWCS7A37GC005209  End :  1VWAA7A32JC014532  ☑ Not sequential |

| | |
|---|---|
| Vehicle 5 : | 2018-2018 Volkswagen ATLAS |
| Vehicle Type : | |
| Body Style : | |
| Power Train : | NR |
| Descriptive Information : | "Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as subject to internal use and certain documentation requirements. Volkswagen has determined that documentation of these vehicles' actual build status may be incomplete or could not be verified.  It is also possible that modification(s) were made to these vehicles during their internal use period for which documentation may be incomplete or could not be verified.<br>ATLAS Vehicle Count: 6" |
| Production Dates : | SEP 25, 2017 - DEC 16, 2017 |
| VIN Range 1 : Begin : | 1V2AP2CA5JC520550  End :  1V2NR2CA7JC539189  ☑ Not sequential |

**Description of Noncompliance :**

| | |
|---|---|
| Description of the Noncompliance : | Volkswagen has determined that certain internal use vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. It is also possible that modification(s) were made to these vehicles during their internal use period for which documentation may be incomplete or could not be verified. Volkswagen is not aware of any accidents or injuries as a result of this issue. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | Due to the potential inclusion of non-standard components, missing documentation of the actual build status and unknown potential for modifications made during internal use, Volkswagen cannot specifically identify a safety risk. Volkswagen is not aware of any accidents or injuries as a result of this issue. |
| Description of the Cause : | The established processes to ensure complete documentation of build status and/or modification(s), if any, made during internal vehicle use were not properly followed. |
| Identification of Any Warning that can Occur : | NR |

**Involved Components :**

| | |
|---|---|
| Component Name 1 : | NR |
| Component Description : | NR |
| Component Part Number : | NR |

**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | Volkswagen |
| Address : | 3800 Hamlin Road<br>Auburn Hills MICHIGAN 48326 |
| Country : | United States |

**Chronology :**

February 14, 2020 - June 20, 2020: Volkswagen Group of America Internal Audit Department performs an audit of internal use processes, following up on prior related audits focused on internal processsses, to confirm that all vehicles produced or imported from January 2016 through December 2019 had been properly disposed or inspected, as warranted.
June 22, 2020: VWGoA Internal Audit completes analysis and internally publishes report.
July 1, 2020: VWGoA Internal Audit report was presented to the Product Safety Committee of Volkswagen AG. Additional details were requested to get a better understanding of the production build status or internal usage.
September 9, 2020: Topic was presented to Product Safety Committee of Volkswagen AG. Decision to repurchase vehicles identified in the VWGoA Internal Audit report. The recall decision was not based on a confirmed safety risk but was based on incomplete documentation confirming that the subject vehicles complied with applicable standards. Vehicles may or may not be repairable with replacement parts or existing software updates.

**Description of Remedy :**

Description of Remedy Program : Volkswagen will offer to repurchase these vehicles. Volkswagen will not offer a reimbursement plan under this recall.

How Remedy Component Differs from Recalled Component : The affected vehicles are being recalled for repurchase and there is no remedy component.

Identify How/When Recall Condition was Corrected in Production : Volkswagen has taken additional steps to ensure that actual vehicle configuration and compliance with applicable standards is known before a vehicle is marketed.

**Recall Schedule :**

Description of Recall Schedule : Dealers/Owners: on or before November 13, 2020

Planned Dealer Notification Date : NOV 13, 2020 - NOV 13, 2020
Planned Owner Notification Date : NOV 13, 2020 - NOV 13, 2020

\* NR - Not Reported