# **EXHIBIT M**

# Quirk, Michael

| | |
|---|---|
| **From:** | Michael Melkersen <mike_melkersen@yahoo.com> |
| **Sent:** | Monday, December 21, 2020 10:42 PM |
| **To:** | Suhana S. Han |
| **Cc:** | Michael Melkersen; Lee Deppermann; Stephanie L. Freudenberg; Dean, Kevin R.; Ranaldo, Lisa; Quirk, Michael; Young, Hank; Judson Littleton |
| **Subject:** | EXTERNAL-Settlement Agreements & Correspondence |

Suhana,

Please let me know if you all have produced settlement agreements and correspondence relating to same, and if so, where I can find it. My recollection was that you all had agreed to produce this information sometime ago, but I have not yet seen it. Please let me know.

Thanks.

Mike