# EXHIBIT N

# Quirk, Michael

| | |
|---|---|
| **From:** | Michael Melkersen <mike_melkersen@yahoo.com> |
| **Sent:** | Thursday, January 14, 2021 5:59 PM |
| **To:** | Suhana S. Han |
| **Cc:** | Michael Melkersen; Lee Deppermann; Stephanie L. Freudenberg; Dean, Kevin R.; Ranaldo, Lisa; Quirk, Michael; Young, Hank; Judson Littleton |
| **Subject:** | EXTERNAL-Re: Settlement Agreements & Correspondence |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Follow-up.

Thanks,

M

Sent from my iPhone

> On Dec 21, 2020, at 11:42 PM, Michael Melkersen <mike_melkersen@yahoo.com> wrote:
>
> Suhana,
>
> Please let me know if you all have produced settlement agreements and correspondence relating to same, and if so, where I can find it. My recollection was that you all had agreed to produce this information sometime ago, but I have not yet seen it. Please let me know.
>
> Thanks.
>
> Mike

1