# **EXHIBIT B**

# Part 573 Safety Recall Report     19V-679

**Manufacturer Name:** Volkswagen Group of America, Inc.
**Submission Date:** DEC 20, 2019
**NHTSA Recall No.:** 19V-679
**Manufacturer Recall No.:** 01D7



## Manufacturer Information:

**Manufacturer Name:** Volkswagen Group of America, Inc.
**Address:** 3800 Hamlin Road
Auburn Hills MI 48326
**Company phone:** 1-800-893-5298

## Population:

**Number of potentially involved:** 113
**Estimated percentage with defect:** 100 %

## Vehicle Information:

**Vehicle 1:** 2017-2017 Volkswagen PASSAT GP
**Vehicle Type:**
**Body Style:**
**Power Train:** NR
**Descriptive Information:** Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as subject to internal use ("internal use vehicles"). Volkswagen has discovered that documentation about possible modification(s) made to these vehicles during their internal use period may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that the actual build status of the recalled population was not properly documented within each Volkswagen IT system.
PASSAT GP Count: 9

**Production Dates:** JUL 15, 2016 - AUG 31, 2016
**VIN Range 1:** Begin: 1VWCM7A33HC000102   End: 1VWCM7A33HC008314   ☑ Not sequential

**Vehicle 2:** 2018-2018 Volkswagen de Mexico TIGUAN LWB
**Vehicle Type:**
**Body Style:**
**Power Train:** NR
**Descriptive Information:** Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system.
TIGUAN LWB Count: 3

**Production Dates:** DEC 08, 2016 - DEC 09, 2016

|   |   |
|---|---|
| VIN Range 1 : Begin : | 3VVEB7AX5JM000029   End :   3VVFB7AX0JM000055   ☑ Not sequential |

| | |
|---|---|
| Vehicle 3 : | 2008-2008 Volkswagen de Mexico JETTA SEDAN A4 |
| Vehicle Type : | |
| Body Style : | |
| Power Train : | NR |
| Descriptive Information : | Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system.<br>JETTA SEDAN A4 Count: 2 |
| Production Dates : | APR 27, 2007 - APR 27, 2007 |
| VIN Range 1 : Begin : | 3VWTK49M78M600041   End :   3VWTK69M48M600042   ☑ Not sequential |

| | |
|---|---|
| Vehicle 4 : | 2007-2009 Volkswagen de Mexico JETTA SEDAN |
| Vehicle Type : | |
| Body Style : | |
| Power Train : | NR |
| Descriptive Information : | Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system.<br>JETTA SEDAN Count: 15 |
| Production Dates : | DEC 21, 2006 - NOV 25, 2008 |
| VIN Range 1 : Begin : | 3VWDF81K17M081965   End :   3VWFJ71K09M085851   ☑ Not sequential |

| | |
|---|---|
| Vehicle 5 : | 2015-2015 Volkswagen de Mexico JETTA GP |
| Vehicle Type : | |
| Body Style : | |
| Power Train : | NR |
| Descriptive Information : | Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and |

applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system.
JETTA GP Count: 1

Production Dates : DEC 27, 2013 - DEC 27, 2013
VIN Range 1 : Begin : 3VW3A7AJ0FM350001   End : 3VW3A7AJ0FM350001   ☐ Not sequential

Vehicle 6 : 2011-2013 Volkswagen de Mexico JETTA A6
Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system.
JETTA A6 Count: 19

Production Dates : NOV 19, 2009 - DEC 03, 2012
VIN Range 1 : Begin : 3VWGX7AJ6BM000043   End : 3VWLL7AJ1DM240551   ☒ Not sequential

Vehicle 7 : 2013-2013 Volkswagen de Mexico JETTA HYBRID
Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system.
JETTA HYBRID Count: 4

Production Dates : NOV 07, 2011 - DEC 03, 2012
VIN Range 1 : Begin : 3VW637AJ6DM000022   End : 3VW637AJ6DM237075   ☒ Not sequential

Vehicle 8 : 2008-2009 Volkswagen de Mexico JETTA SPORTWAGEN

Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system.
JETTA SPORTWAGEN Count: 11

Production Dates : FEB 08, 2007 - OCT 06, 2008
VIN Range 1 : Begin : 3VWPM81K48M300017   End : 3VWTL71K49M300032   ☑ Not sequential

Vehicle 9 : 2015-2015 Volkswagen de Mexico GOLF SPORTWAGEN
Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system.
GOLF SPORTWAGEN Count: 1

Production Dates : OCT 23, 2014 - OCT 23, 2014
VIN Range 1 : Begin : 3VWRA7AU6FM500116   End : 3VWRA7AU6FM500116   ☐ Not sequential

Vehicle 10 : 2013-2013 Volkswagen de Mexico GOLF A6 WAGON
Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the

actual build status of the recalled population was not properly documented within each Volkswagen IT system.
GOLF A6 WAGON Count: 1

Production Dates : DEC 03, 2012 - DEC 03, 2012
VIN Range 1 : Begin : 3VWML7AJXDM638944  End : 3VWML7AJXDM638944  ☐ Not sequential

Vehicle 11 : 2012-2013 Volkswagen de Mexico BEETLE
Vehicle Type :
Body Style :
Power Train : NR

Descriptive Information : Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system.
BEETLE Count: 12

Production Dates : FEB 17, 2011 - DEC 03, 2012
VIN Range 1 : Begin : 3VWV87AT6CM500114  End : 3VWRL7AT5DM640270  ☑ Not sequential

Vehicle 12 : 2008-2010 Volkswagen de Mexico NEW BEETLE
Vehicle Type :
Body Style :
Power Train : NR

Descriptive Information : Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system.
NEW BEETLE Count: 8

Production Dates : AUG 30, 2007 - OCT 30, 2009
VIN Range 1 : Begin : 3VWRW31C28M504796  End : 3VWPW3AG9AM007888  ☑ Not sequential

Vehicle 13 : 2012-2013 Volkswagen de Mexico BEETLE CONVERTIBLE
Vehicle Type :
Body Style :

|  |  |
|---|---|
| Power Train : | NR |
| Descriptive Information : | Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system.<br>BEETLE CONVERTIBLE Count: 10 |
| Production Dates : | DEC 29, 2011 - DEC 03, 2012 |
| VIN Range 1 : Begin: | 3VW767AT2CM800179   End:   3VW7S7AT8DM805044   ☑ Not sequential |

|  |  |
|---|---|
| Vehicle 14 : | 2008-2010 Volkswagen de Mexico NEW BEETLE CONVERTIBLE |
| Vehicle Type : |  |
| Body Style : |  |
| Power Train : | NR |
| Descriptive Information : | Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system.<br>NEW BEETLE CONVERTIBLE Count: 9 |
| Production Dates : | SEP 05, 2007 - OCT 19, 2009 |
| VIN Range 1 : Begin: | 3VWRF31YX8M404649   End:   3VWRW3AL5AM001690   ☑ Not sequential |

|  |  |
|---|---|
| Vehicle 15 : | 2019-2019 Volkswagen de Mexico JETTA NF |
| Vehicle Type : |  |
| Body Style : |  |
| Power Train : | NR |
| Descriptive Information : | Recalled vehicles are vehicles with special internal manufacturing codes identifying the vehicles as vehicles built before the start of series production ("pre-series vehicles"). Volkswagen has discovered that the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented within each Volkswagen IT system. |

JETTA NF Count: 8

Production Dates : SEP 05, 2017 - OCT 20, 2017
VIN Range 1 : Begin : 3VWGN7BU7KM000079    End : 3VWEN7BU0KM000142    ☑ Not sequential

**Description of Noncompliance :**

Description of the Noncompliance : Volkswagen has discovered that (i) the pre-series vehicles were sold without confirmation that they were built to Volkswagen's series production standards and applicable regulatory requirements, and that documentation about their build status may be incomplete or could not be verified and (ii) documentation about possible modification(s) made to the internal use vehicles during their internal use period may be incomplete or could not be verified. The recalled vehicles differ from non-recalled vehicles in that they may contain non-standard components and/or the actual build status of the recalled population was not properly documented by Volkswagen. Volkswagen is not aware of any accidents or injuries as a result of this issue.

FMVSS 1 : NR
FMVSS 2 : NR

Description of the Safety Risk : Due to the potential inclusion of non-standard components, missing documentation of the actual build status and unknown potential for modifications made during internal use, Volkswagen cannot specifically identify a safety risk. Volkswagen is not aware of any accidents or injuries as a result of this issue.

Description of the Cause : The established processes to ensure that pre-series vehicles are not sold to consumers and/or that complete documentation of modification(s) made during internal vehicle use were not properly followed.

Identification of Any Warning that can Occur : NONE

**Supplier Identification :**

**Component Manufacturer**

Name : Volkswagen
Address : 3800 Hamlin Road
Auburn Hills MICHIGAN 48326
Country : United States

**Chronology :**

# Part 573 Safety Recall Report          19V-679          Page 8

Please see the Chronology submitted in conjunction with the recall submission as an attachment.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | Volkswagen will offer to repurchase these vehicles. Volkswagen will not offer a reimbursement plan under this recall. |
| How Remedy Component Differs from Recalled Component : | The affected vehicles are being recalled for repurchase and there is no remedy component. |
| Identify How/When Recall Condition was Corrected in Production : | Volkswagen has taken additional steps to ensure that only vehicles conforming to series configuration may be released for sale to consumers. |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | Dealers/Owners: on or before November 22, 2019. Owners notified under code 01D8 will receive new recall notices informing them that the assigned campaign code has changed from 01D8 to 01D7. This mailing will take place in January 2020. An owner letter draft for the January 2020 mailing will be uploaded to the NHTSA portal for agency review. |
| Planned Dealer Notification Date : | NOV 22, 2019 - NOV 22, 2019 |
| Planned Owner Notification Date : | NOV 22, 2019 - NOV 22, 2019 |

\* NR - Not Reported