# **EXHIBIT F**

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

September 8, 2020

Via E-mail

Michael J. Melkersen, Esq.,
    The Law Offices of Michael J. Melkersen, P.C.,
        5 Surfside Road,
            Humacao, Puerto Rico 00791.

        Re:    *Garcia, et al*, v. *Volkswagen Group of America, Inc., et al.*,
                   Case No. 1:19-cv-331-LO-MSN

Dear Michael:

        On behalf of Defendant Volkswagen Group of America, Inc., documents bearing production numbers VWGOA-00000001–VWGOA-00003827 are being transmitted to you today in response to Plaintiffs' First Requests for Production to Defendant Volkswagen Group of America, Inc. via Sullivan & Cromwell's file-sharing site, MoveIt.

        The enclosed documents have been designated "CONFIDENTIAL" pursuant to the parties' agreement, and have been encrypted. The password will be sent separately via e-mail by one of my colleagues.

                       *    *    *

        Let us know if you have any questions or concerns about the foregoing.

                                            Sincerely,

                                            */s/ Suhana S. Han*

                                            Suhana S. Han

    cc:       Counsel of record