# **EXHIBIT K(3)**

| | |
|---|---|
| **From:** | Freudenberg, Stephanie L. |
| **Sent:** | Friday, November 13, 2020 6:29 PM |
| **To:** | 'Michael Melkersen' |
| **Cc:** | 'Michael Melkersen'; 'Dean Kevin R.'; 'Michael Quirk'; 'Lisa Ranaldo'; Han, Suhana S.; Littleton, Judson; Brebner, Adam R.; Rose, Elizabeth A.; Deppermann, Lee; 'Terrence M. Bagley' |
| **Subject:** | RE:  Garcia, et al, v. Volkswagen Group of America, Inc., et al., No. 1:19-cv-331 |
| **Attachments:** | 2020-11-13 Hit Report - Plaintiffs' November 3, 2020 Proposals.pdf; 2020-11-13 Hit Report - VWGoA Counterproposals.pdf |

Mike,

Please see attached for two hit reports: (1) a hit report for search strings #1-35, including the proposed revisions to search strings #11-13 and the proposed search strings #14-35 set forth in your November 3, 2020 letter; and (2) a hit report reflecting VWGoA's counterproposals, with revisions in red text for ease of review.

Many of the additional search strings you proposed in your November 3, 2020 letter are unduly broad and burdensome—particularly given that you are asking us to add numerous additional custodians beyond those whose emails are reflected in these hit counts—and are not sufficiently tailored to the Requests for which they were purportedly designed, resulting in disproportionately high hit counts and hits that could not reasonably be expected to identify responsive documents. In the interest of compromise, VWGoA will agree to run certain additional search strings, as reflected in the attached hit report setting forth VWGoA's counterproposals.

We are available to meet-and-confer on these issues.

Regards,
Stephanie

Stephanie L. Freudenberg
Sullivan & Cromwell LLP
1700 New York Avenue, NW
Washington, DC 20006-5215
T: (202) 956-7062 | F: (202) 293-6330
freudenbergs@sullcrom.com | http://www.sullcrom.com

**From:** Freudenberg, Stephanie L.
**Sent:** Friday, November 06, 2020 6:46 PM
**To:** 'Michael Melkersen'
**Cc:** Michael Melkersen ; Dean Kevin R. ; Michael Quirk ; Lisa Ranaldo ; Han, Suhana S. ; Littleton, Judson ; Brebner, Adam R. ; Rose, Elizabeth A. ; Deppermann, Lee ; Terrence M. Bagley
**Subject:** Garcia, et al, v. Volkswagen Group of America, Inc., et al., No. 1:19-cv-331

Mike,

Please see attached for a hit report for search strings #1-13, set forth in our October 15, 2020 letter. We expect to respond to the proposed revisions to search strings #11-13 and the proposed search strings #14-35 set forth in your November 3, 2020 letter (including with accompanying hit reports) by next Friday, November 13, 2020.

Regards,
Stephanie

Stephanie L. Freudenberg
Sullivan & Cromwell LLP
1700 New York Avenue, NW
Washington, DC 20006-5215
T: (202) 956-7062 | F: (202) 293-6330
freudenbergs@sullcrom.com | http://www.sullcrom.com