# **EXHIBIT R**

| | |
|---|---|
| **From:** | Michael Melkersen <mike_melkersen@yahoo.com> |
| **Sent:** | Monday, December 21, 2020 10:42 PM |
| **To:** | Han, Suhana S. |
| **Cc:** | Michael Melkersen; Deppermann, Lee; Freudenberg, Stephanie L.; Dean Kevin R.; Lisa Ranaldo; Michael Quirk; Hank Young; Littleton, Judson |
| **Subject:** | [EXTERNAL] Settlement Agreements & Correspondence |
| **Categories:** | VW Zero Series |

Suhana,

Please let me know if you all have produced settlement agreements and correspondence relating to same, and if so, where I can find it. My recollection was that you all had agreed to produce this information sometime ago, but I have not yet seen it. Please let me know.

Thanks.

Mike

---

**\*\*This is an external message from: mike_melkersen@yahoo.com \*\***