UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICARDO R. GARCIA, DUANE K. GLOVER, PAUL E. JACOBSON, GAETANO CALISE, MYKHAYLO I. HOLOVATYUK, BRIAN GARCIA, PAUL THOMSON, and DAVID HARTMAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC. a/k/a AUDI OF AMERICA, INC., and VOLKSWAGEN AKTIENGESELLSCHAFT, <br><br> Defendants. | CASE NO.: 1:19-cv-00331-LO-MSN |

**PLAINTIFFS' MEMORANDUM CONCERNING MOTION FOR LEAVE TO FILE UNREDACTED REPLY MEMORANDUM AND EXHIBITS IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES AND DOCUMENT PRODUCTION UNDER SEAL**

Pursuant to Local Civil Rule 5(C), Plaintiffs Ricardo R. Garcia *et al.* hereby submit this Memorandum Concerning their Motion for Leave to File Unredacted Reply Memorandum and Exhibits in Support of Motion to Compel Discovery Responses and Document Production Under Seal.

Pursuant to Local Civil Rule 5(C), the following materials have been filed under seal with Plaintiffs' motion for leave:

(1) Plaintiffs' Unredacted Reply Memorandum in Support of Motion to Compel Defendant Volkswagen Group of America, Inc.'s Discovery Responses and Document Production; and

(2) Plaintiffs' Reply Exhibits Q, R, S, T, U, and V in Support of Motion to Compel Defendant Volkswagen Group of America, Inc.'s Discovery Responses and Document Production.

Pursuant to Local Civil Rule 5(C), Plaintiffs state that they are filing the above-referenced documents under seal pursuant to paragraph 13.5 of the Stipulated Protective Order (Dkt. 131) entered by the Court in this action on September 21, 2020. Specifically,

(1) <u>Plaintiffs' Reply Memorandum</u>—quotes and characterizes material from documents produced in discovery by Defendant Volkswagen Group of America, Inc. ("VWGOA"), which VWGOA has stamped as CONFIDENTIAL, and which material Plaintiffs have redacted in the Reply Memorandum;

(2) <u>Plaintiffs' Exhibits Q, R, S, T, U, and V</u>—are documents produced in discovery by Defendant VWGOA, which Defendant has stamped as CONFIDENTIAL.

Plaintiffs take no position on whether any of the above-sealed materials satisfy the appropriate standard to be applied to sealing these documents. Rather, pursuant to Local Civil Rule 5(C), Plaintiffs submit their motion to seal to afford Defendants the opportunity to justify their designations of the documents filed or described as CONFIDENTIAL and to justify their possible sealing.

<u>Dated</u>: February 25, 2021

                        Respectfully submitted,

                        <u>/s/ *Michael J. Melkersen*</u>
                        Michael J. Melkersen, Esq.
                        5 Surfside Road – Palmas Del Mar
                        Humacao, Puerto Rico 00791
                        Telephone:   540.435.2375
                        Facsimile:    540.740.8851
                        Email:         mike@mlawpc.com

                        Nathan D. Finch, Esq.
                        Joseph F. Rice, Esq. (*Admitted Pro Hac Vice*)
                        Kevin R. Dean, Esq. (*Admitted Pro Hac Vice*)
                        MOTLEY RICE LLC
                        28 Bridgeside Boulevard
                        Mount Pleasant, South Carolina 29464
                        Telephone:   843.216.9000

Facsimile: 843.216.9440
Email: nfinch@motleyrice.com
jrice@motleyrice.com
kdean@motleyrice.com

*Attorneys for Plaintiffs and Interim Class Counsel*

## **CERTIFICATE OF SERVICE**

I, Michael J. Melkersen, hereby certify that on this date I served a true and correct copy of the foregoing Memorandum upon counsel of record for Defendants by filing via the Court's Electronic Case Filing (ECF) system.

Dated:		February 25, 2021

					/s/ *Michael J. Melkersen*
					Michael J. Melkersen