# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| RICARDO R. GARCIA, DUANE K. GLOVER, PAUL E. JACOBSON, GAETANO CALISE, MYKHAYLO I. HOLOVATYUK, BRIAN GARCIA, PAUL THOMSON and DAVID HARTMAN on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. a/k/a AUDI OF AMERICA, INC., and VOLKSWAGEN AKTIENGESELLSCHAFF,<br><br>     Defendants. | Case No.: 1:19-cv-00331-LO-MSN |

## **ORDER**

This matter is before the Court on the Motion by Plaintiffs Ricardo R. Garcia, *et al.* to Compel Defendants' Discovery Responses and/or Sanctions (Dkt. No. 275) and Plaintiffs' Motion for Sanctions (Dkt. No. 255). Following a continuance, a hearing was held on June 28, 2021 at 10:00 a.m. with counsel for both defendants and plaintiffs present via video conference. Upon review of the pleadings, having heard argument of counsel, and for the reasons stated from the bench, it is hereby

ORDERED that the motions are GRANTED in part and DENIED in part. As set forth from the bench, the parties shall substantially comply with all outstanding discovery requests by close of business July 9, 2021. Defendants shall provide full and complete responses to all outstanding requests, including, but not limited to, those specifically addressed in open court and shall provide certifications under oath as set forth with respect to efforts undertaken to comply with this Court's Orders.

2

It is SO ORDERED.

DATE: June 28, 2021  /s/
Alexandria, Virginia  The Honorable Michael S. Nachmanoff
United States Magistrate Judge