Date: 9/17/2021

Judge: Michael S. Nachmanoff
Reporter: FTR

Start: 9:58 am
Finish: 11:14 am

Civil Action Number: 1:19-cv-331-LO-MSN

Garcia, et al

vs.

Volkswagen Group of America, Inc. et al

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for: Show Cause #395-Denied
Motion to Compel #398-Granted in Part/Denied in Part

Argued &
( ) Granted ( x ) Denied ( x ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

( ) Report and Recommendation to Follow
( x ) Order to Follow