**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| RICARDO R. GARCIA, DUANE K. GLOVER, | ) | |
| PAUL E. JACOBSON, GAETANO CALISE, | ) | |
| MYKHAYLO I. HOLOVATYUK, BRIAN | ) | Case No.: 1:19-cv-00331-LO-MSN |
| GARCIA, PAUL THOMSON and DAVID | ) | |
| HARTMAN on behalf of themselves and all | ) | |
| others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **EMERGENCY UNOPPOSED** |
| VOLKSWAGEN GROUP OF AMERICA, INC. | ) | **MOTION TO EXTEND** |
| a/k/a AUDI OF AMERICA, INC., | ) | **CLASS CERTIFICATION** |
| VOLKSWAGEN AKTIENGESELLSCHAFF, | ) | **BRIEFING DEADLINES BY** |
| and AUDI AKTIENGESELLSCHAFF, | ) | **ONE WEEK** |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiffs' Emergency Unopposed Motion to Extend Class Certification Briefing Deadlines by One Week. Defendants do not oppose the requested extension. Upon due consideration and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED. The Court continues deadlines in the Scheduling Order as follows:

| | **Current Date** | **Continued Date** |
|---|---|---|
| Plaintiffs' Class Certification Opening Brief | October 7, 2021 | October 14, 2021 |
| Defendants' Class Certification Opposition Brief | November 5, 2021 | November 12, 2021 |
| Plaintiffs' Class Certification Reply Brief | November 19, 2021 | November 26, 2021 |

All other deadlines shall remain unchanged.

DATE:  October 5, 2021

_____/s/_____

Hon. Michael S. Nachmanoff
United States Magistrate Judge