IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICARDO R. GARCIA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>VOLKSWAGEN GROUP OF AMERICA, )<br>INC. *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:19cv331-LO-MSN |

## **WAIVER OF ORAL ARGUMENT**

Please take notice that the Parties waive oral argument on their Consent Motion to Adjust Class Certification Deadlines and Set Briefing Schedule for *Daubert* Motions Relating to Class Certification Issues.

Dated: October 22, 2021

/s/ *Michael J. Melkersen*
Michael J. Melkersen, Esq.
5 Surfside Road – Palmas Del Mar
Humacao, Puerto Rico 00791
Telephone: 540.435.2375
Facsimile: 540.740.8851
Email: mike@mlawpc.com

Nathan D. Finch, Esq.
Joseph F. Rice, Esq. (*Admitted Pro Hac Vice*)
Kevin R. Dean, Esq. (*Admitted Pro Hac Vice*)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: 843.216.9000
Facsimile: 843.216.9440
Email: nfinch@motleyrice.com
jrice@motleyrice.com
kdean@motleyrice.com

Respectfully submitted,

/s/ *Frank Talbott*
Terrence M. Bagley (VSB No. 22081)
Kenneth W. Abrams (VSB No. 78216)
Frank Talbot V (VSB No. 86396)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: 804-775-4773
Facsimile: 804-698-2323
tbagley@mcguirewoods.com
kabrams@mcguirewoods.com
ftalbott@mcguirewoods.com

Robert J. Giuffra Jr. (*pro hac vice*)
Suhana S. Han (*pro hac vice*)
William B. Monahan (*pro hac vice*)
Adam R. Brebner (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street

*Attorneys for Plaintiffs and
Interim Class Counsel*

New York, NY 10004
Telephone:    212-558-4000
Facsimile:    212-558-3588
giuffrar@sullcrom.com
hans@sullcrom.com
monahanw@sullcrom.com
brebnera@sullcrom.com

Judson O. Littleton (*pro hac vice*)
1700 New York Avenue, NW
Suite 700
Washington, DC 20006
Telephone:    202-956-7500
Facsimile:    202-293-6330
littletonj@sullcrom.com

*Attorneys for Volkswagen Group of
America, Inc. and Volkswagen
Aktiengesellschaft*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2021, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF filing system which will send notification of electronic filing (NEF) to all counsel of record.

/s/ Frank Talbott V