IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICARDO R. GARCIA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:19cv331-LO-IDD |
| ) | |
| VOLKSWAGEN GROUP OF AMERICA, ) | |
| INC. *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE THAT pursuant to this Court's Order (Dkt. 481), on April 22, 2022, at 10:00 a.m., Defendants Volkswagen Group of America, Inc. and Volkswagen Aktiengesellschaft will present argument in support of their Motion for Summary Judgment.

| | |
|---|---|
| Dated:  February 14, 2022 | Respectfully submitted, |
| MCGUIREWOODS LLP | SULLIVAN & CROMWELL LLP |
| /s/ *Frank Talbott V*<br>Terrence M. Bagley (VSB No. 22081)<br>Kenneth W. Abrams (VSB No. 78216)<br>Frank Talbott V (VSB No. 86396)<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA  23219<br>Tel:  804-775-4773<br>tbagley@mcguirewoods.com<br>kabrams@mcguirewoods.com<br>ftalbott@mcguirewoods.com | Robert J. Giuffra Jr. (*pro hac vice*)<br>Suhana S. Han (*pro hac vice*)<br>William B. Monahan (*pro hac vice*)<br>Adam R. Brebner (*pro hac vice*)<br>125 Broad Street<br>New York, NY  10004<br>Tel:  212-558-4000<br>giuffrar@sullcrom.com<br>hans@sullcrom.com<br>monahanw@sullcrom.com<br>brebnera@sullcrom.com<br><br>Judson O. Littleton (*pro hac vice*)<br>1700 New York Avenue, NW<br>Suite 700<br>Washington, DC  20006<br>Tel:  202-956-7500<br>littletonj@sullcrom.com<br><br>*Counsel for Volkswagen Group of America, Inc. and Volkswagen Aktiengesellschaft* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF filing system which will send notification of electronic filing (NEF) to all counsel of record.

/s/ Frank Talbott V
Frank Talbott V (VSB No. 86396)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA  23219
Telephone:  804-775-4773
Fax:  804-698-2313
ftalbott@mcguirewoods.com

*Counsel for Volkswagen Group of America, Inc. and Volkswagen Aktiengesellschaft*