IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICARDO R. GARCIA, et. al., <br><br> *Plaintiffs,* <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC., et. al., <br><br> *Defendants.* | Civil Action No. 1:19-cv-331 <br> Hon. Liam O'Grady |

## ORDER

The Plaintiffs Mykhaylo I. Holovatyuk, Brian Garcia, and Paul Thomson have represented to the Court that they do not want to pursue their claims in this civil action any further and wish to withdraw as Plaintiffs. Dkt. 723 at 2 n. 1. The Plaintiffs made this representation in the Opposition to the Motion for Summary Judgment. However, the Defendants have not objected to the Plaintiffs' request in their responsive memorandum or when the matter was discussed during oral arguments. Therefore, based on the representations of the Plaintiffs, the Court finds that it is appropriate for the asserted claims made by these three Plaintiffs to be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is so **ORDERED**.

July 7, 2022
Alexandria, Virginia

Liam O'Grady
United States District Judge