## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

|  |  |
|---|---|
| RICARDO R. GARCIA, et. al., <br><br> *Plaintiffs,* <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC., et. al., <br><br> *Defendants.* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:19-cv-331<br>)   Hon. Liam O'Grady<br>)<br>)<br>)<br>)<br>) |

### ORDER

The Court has **GRANTED** the Defendants' Motion for Summary Judgment (Dkt. 714) on the claims made by Plaintiffs Ricardo Garcia, Paul Jacobson, Gaetano Calise, and David Hartman in the above captioned case. Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Opinion which accompanies this Order, judgment is entered in favor the Defendants and against the four remaining Plaintiffs. It is further **ORDERED** that all claims made by the four remaining Plaintiffs against the Defendants are to be **DISMISSED** and that this civil action is terminated.

July 7, 2022
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge