IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICARDO R. GARCIA, et. al., )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>VOLKSWAGEN GROUP OF AMERICA, INC., et. al., )<br>)<br>  Defendants. )<br>) | Civil Action No. 1:19-cv-331<br>Hon. Liam O'Grady |

### ORDER

On June 1, 2022, Plaintiff Duane Glover filed an Offer of Judgment under Rule 68(a) of the Federal Rules of Civil Procedure, a Notice of Acceptance of Offer of Judgment, and a Certificate of Service. Therefore, in accordance with Federal Rule of Civil Procedure 68(a), it is **ADJUDGED** that Plaintiff Duane Glover have judgment against Volkswagen Group of America, Inc. and Volkswagen Aktiengesellschaft, severally and jointly, in the sum of Thirty-Two Thousand Eight Hundred Two Dollars and Sixty-Five Cents ($32,802.65) and additionally shall be awarded Thirteen Thousand One Hundred Twenty One Dollars and Six Cents ($13,121.06) which is forty percent (40%) of the sum specified above incurred in costs connected to this civil action. Judgment is contingent on Plaintiff returning his vehicle to Volkswagen Group of America intact, running, and with a clear title.

It is so **ORDERED**.

July 7, 2022
Alexandria, Virginia

Liam O'Grady
United States District Judge